

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-17-00379-CV**

**IN RE KENNETH CASEY, JR.**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

Relator's petition for writ of mandamus is denied.[1]

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed November 16, 2017
[OT06]

---

[1] In light of our disposition, we dismiss relator's motion for emergency stay as moot.

